UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN R. SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>QWEST CORPORATION, a foreign corporation,<br><br>        Defendant. | NO. CV-12-0384-LRS<br><br>**ORDER OF DISMISSAL** |

**BEFORE THE COURT** is Defendant Qwest's unopposed Motion and Proposed Order For Dismissal Without Prejudice, **ECF No. 25**, filed on July 1, 2013, which motion the court **GRANTS**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the stay is lifted and all claims raised by Plaintiff be dismissed without prejudice, with each side bearing its own fees and costs.

The District Court Executive is directed to enter this order, and forward a copy to pro se Plaintiff and to counsel.

**DATED** this ___21st___ day of August, 2013.

                                                    *s/Lonny R. Suko*
                                    _____
                                        LONNY R. SUKO
                                 United States District Judge

ORDER - 1